1  Timothy T. Scott (SBN 126971)
   tscott@sidley.com
2  Robert B. Martin (SBN 235489)
   rbmartin@sidley.com
3  **SIDLEY AUSTIN LLP**
   555 California Street, Suite 2000
4  San Francisco, California  94104
   Telephone:   (415) 772-1200
5  Facsimile:   (415) 772-7400

6  Attorneys For Defendant TYSON FOODS, INC.

7

8                              UNITED STATES DISTRICT COURT

9                             NORTHERN DISTRICT OF CALIFORNIA

10                                    SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  EILEEN EPSTEIN, individually and on behalf ) | Civil Action No. CV-08-2800 MMC |
| 13  of all others similarly situated, ) | |
| | ) CLASS ACTION |
| 14                              Plaintiffs, ) | |
| | ) **STIPULATION AND [PROPOSED]** |
| 15  v. ) | **SCHEDULING ORDER** |
| | ) | |
| 16  TYSON FOODS, INC., a Delaware ) | |
| 17  corporation, ) | |
| | ) | |
| 18                              Defendant. ) | |
| 19  _____ ) | |

20

21

22

23

24

25

26

27

28

---

**STIPULATION AND [PROPOSED] SCHEDULING ORDER – CASE NO. CV-08-2800 MMC**

**STIPULATION**

WHEREAS, on June 8, 2008, plaintiffs filed a Class Action Complaint in this action;

WHEREAS, on June 13, 2008, plaintiffs served Defendant with the complaint, thus setting July 3, 2008 as the last day for Defendant to file a responsive pleading to the complaint, *see* Fed. R. Civ. P. 12;

WHEREAS, because of the complexity of the factual and legal issues presented in the complaint, Defendant needs additional time beyond July 3, 2008 to investigate properly the allegations made in the complaint and prepare an appropriate responsive pleading;

WHEREAS, the parties have met and conferred regarding Defendant's request to extend the time to file a responsive pleading to the complaint to July 25, 2008, and counsel for plaintiffs stipulates to the extension proposed herein;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that the last day for Defendant to file a responsive pleading to the complaint is July 25, 2008.

Respectfully submitted,

Dated: July 1, 2008              SIDLEY AUSTIN LLP

                                 By: /s/ Timothy T. Scott
                                     Timothy T. Scott
                                     Attorneys For Defendant Tyson Foods, Inc.

Dated: July 1, 2008              GIRARD GIBBS LLP

                                 By: /s/ Eric H. Gibbs
                                     Eric H. Gibbs
                                     Attorneys for Plaintiff Eileen Epstein

## [PROPOSED] ORDER

Upon stipulation of the parties, and good cause appearing, the last day for Defendant to file a responsive pleading to the complaint is July 25, 2008.

IT IS SO ORDERED.

Dated: July __2__, 2008           _____
                                  THE HONORABLE MAXINE M. CHESNEY
                                  United States District Judge