Daniel C. Girard (State Bar No. 114826)
Amanda M. Steiner (State Bar No. 190047)
Alex C. Turan (State Bar No. 227273)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Plaintiff Eileen Epstein

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN EPSTEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TYSON FOODS, INC., a Delaware corporation,<br><br>Defendant. | CIV. NO. C-08-02800 MMC<br><br>**UNOPPOSED MOTION TO STAY PROCEEDINGS and [PROPOSED] ORDER** |

## UNOPPOSED MOTION TO STAY PROCEEDINGS

This action is one of at least ten putative class actions filed against Tyson Foods, Inc. in which Plaintiffs sue on behalf of themselves and a proposed class of consumers who purchased Tyson's "Raised Without Antibiotics" or "Raised Without Antibiotics that impact antibiotic resistance in humans" chicken or chicken products.[1] The Plaintiffs in two of these cases, *Cutsail v. Tyson Foods, Inc.,* and *Cohen v. Tyson Foods, Inc.,* have petitioned the Judicial Panel on Multidistrict Litigation to

---

[1] The other actions are *Mariko Cohen, et al. v. Tyson Foods, Inc.,* Case No. 4:08-cv-0366-JMM (E.D. Ark.); *Denise Court v. Tyson Foods, Inc.*, Case No. 3:08-cv-5392 FDB (W.D. Wash.); *Norman and Mary Cutsail v. Tyson Foods, Inc.,* Case No. 08-cv-01643-RDB (D. Md.); *Diane Wright, et al., v. Tyson Foods, Inc.,* Case No. 1:08-cv-03022 (D N.J.)*; Johnnie M. Gupton v. Tyson Foods, Inc.,* Case No. 4-08-CV-0587 WRW (E.D. Ark); *Marcia Kranish, et. al. v. Tyson Foods, Inc.,* Case No., 08-CV-01619-RDB (D. Md.); *Rosalyn Mize, et al., v. Tyson Foods, Inc.,* Case No. 4:08-CV-04051-HFB (W.D. Ark.); *Mary F. Wilson v. Tyson Foods, Inc.,* No. 4:08-cv-0557 (E.D. Ark.); *John K. Zukowsky, et at. V. Tyson Foods, Inc.,* Case No. 4:08-CV-0584 BSM (E.D. Ark.).

transfer all of these actions to a single court for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.

The parties respectfully request a brief stay of the proceedings in this Court while the Panel considers the merits of that petition. Permitting further proceedings here, before a transfer by the Panel to another court, would needlessly waste this Court's and the parties' time and resources, and could result in inconsistent rulings.

To promote judicial economy and to avoid prejudice to the parties, the parties respectfully request a stay of all proceedings in this action for an initial term of 90 days. Should the Panel not render a decision within 90 days, the parties will confer and file a status report with the Court within ten business days after the 90-day period elapses, stating the parties' positions on whether the stay should be lifted or extended.

Counsel for Defendant Tyson Foods, Inc. does not oppose this motion.

Respectfully submitted,

Dated: July 23, 2008  **GIRARD GIBBS LLP**

By:____/s/_____
    Amanda M. Steiner
    as@girardgibbs.com

    Daniel C. Girard
    dcg@girardgibbs.com
    Alex C. Turan
    act@girardgibbs.com
    601 California Street, 14th Floor
    San Francisco, CA 94108
    Telephone: (415) 981-4800
    Facsimile: (415) 981-4846

    Counsel for Plaintiff Eileen Epstein

1  Having no objection.

2  Dated: July 23, 2008

          **SIDLEY AUSTIN LLP**
By:_____/s/_____
    Timothy T. Scott (SBN 126971)
    tscott@sidley.com
    555 California Street, Suite 2000
    San Francisco, California  94104
    Telephone:     (415) 772-1200
    Facsimile:      (415) 772-7400

Counsel for Defendant Tyson Foods, Inc.

## [~~PROPOSED~~] ORDER

Upon Stipulation of the parties, and good cause appearing,

1. All proceedings in this action are **STAYED** as to all parties for an initial period of 90 days from the date of this Order.

2. If the Judicial Panel on Multidistrict Litigation does not render a ruling on the petition for coordination or consolidation of pretrial proceedings pursuant to 28 U.S.C. §1407 within 90 days from the date of this Order, then within ten business days after the 90-day period elapses, the parties will confer and file a status report with the Court stating the parties' positions whether the stay should be lifted or extended.

3. The parties shall notify the Court by letter of the Panel's decision regarding the transfer and coordination within five business days after the decision is received.

4. The Case Management Conference is CONTINUED from September 5, 2008 to November 14, 2008. A Joint Case Management Statement shall be filed no later than Nov. 7, 2008.

**IT IS SO ORDERED.**

Dated: July 24, 2008

_____
HONORABLE MAXINE M. CHESNEY
United States District Court Judge